IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED FAWZI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:16-CV-01812-CRC |
| - against - | ) |
| | ) |
| AL JAZEERA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE PURSUANT TO FED. R. CIV. P. 44.1

PLEASE TAKE NOTICE THAT, pursuant to Rule 44.1 of the Federal Rules of Civil Procedure, defendant Al Jazeera Media Network ("AJMN") intends to raise issues of Qatari law in support of its motion to dismiss the Complaint pursuant to Rules 12(b)(2) and 12(b)(5) of the Federal Rules of Civil Procedure and on *forum non conveniens* grounds.  Specifically, AJMN intends to proffer a declaration of a Qatari lawyer in support of its motion, who is expected address (i) the procedure for serving process under Qatari law; (ii) the rights and remedies available to Plaintiff under Qatari law; and (iii) the application of Qatari law to Plaintiff's claims.

This notice is without prejudice to the invocation of foreign law on other issues as those issues become known and/or relevant.

Dated:  March 28, 2017

                                                                                 Respectfully submitted,

                                                                                  /s/ Sara Z. Moghadam
                                                                                  Sara Z. Moghadam (D.C. Bar No. 463862)
                                                                                  DLA PIPER LLP (US)
                                                                                  500 Eighth Street, N.W.
                                                                                  Washington, DC 20004
                                                                                  Tel: (202) 799-4000
                                                                                  Fax: (202) 799-5000
                                                                                  sara.moghadam@dlapiper.com

/s/ Kevin Walsh
Kevin Walsh*
Douglas Walter Mateyaschuk*
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, N.Y. 10020-1104
Tel: (212) 335-4500
Fax: (212) 335-4501
kevin.walsh@dlapiper.com
douglas.mateyaschuk@dlapiper.com

*Admitted *Pro Hac Vice* (Minute Orders, Mar. 17, 2017(Cooper, *J.*))

*Attorneys for Defendant Al Jazeera Media Network*

## **CERTIFICATE OF SERVICE**

      I certify that on March 28, 2017, I electronically filed the foregoing Notice Pursuant to Fed. R. Civ. P. 44.1 with the Clerk of Court using the CM/ECF system, which shall send notification of that filing to all parties registered to receive such notice, including Plaintiff's counsel.

/s/ Sara Z. Moghadam
Sara Z. Moghadam